# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED NOV 06 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ANGEL CARRILLO-CHAVEZ,

                Defendant.

Case No. 18CR4248-GPC

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(A)(1)(A)(i), (v)(II); 8:1324(a)(2)(B)(ii), 18:2 – Bringing in Aliens and Aiding and Abetting; Bringing in Aliens for Financial Gain, Aiding and Abetting.

Dated: 11/6/2018

Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge